UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00244-MR

| | |
|---|---|
| DEONTE D. MEADOWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| FNU BLAND, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Deonte D. Meadows ("Plaintiff") filed this action on September 24, 2024, pursuant to 42 U.S.C. § 1983 against Defendants FNU Bland and FNU Mace, both identified as Mailroom Officers at Marion Correctional Institution in Marion, North Carolina. [Doc. 1]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 6]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from November 4, 2024, to amend his Complaint in accordance with the terms of the Court's Order. [Id. at 5-6]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without

prejudice and without further notice to Plaintiff. [Id.].

More than 30 days have passed, and Plaintiff has not filed an amended Complaint. The Court will, therefore, dismiss this action without prejudice.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: December 30, 2024

Martin Reidinger
Chief United States District Judge